962 So.2d 431 (2007)
STATE ex rel. Latroy OATES
v.
STATE of Louisiana.
No. 2006-KH-2670.
Supreme Court of Louisiana.
August 31, 2007.
In re Oates, Letroy;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. N, No. 99-7044; to the Court of Appeal, Fifth Circuit, No. 06-KH-693.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), *432 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.